## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### New Albany Division

| | |
|---|---|
| RAYMOND J. BROCKSMITH, | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **Cause No. 4:17-cv-00164-TWP-DML** |
| | ) |
| TRANS UNION, LLC, | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Raymond J. Brocksmith, and Defendant, Trans Union, LLC, by and through undersigned counsel, hereby stipulate that this cause of action should be dismissed, with prejudice. The parties to bear their own costs and fees.

Date: November 7, 2017

Respectfully submitted,

*/s/ Keith L. Hancock*
Keith L. Hancock, Atty No. 26397-49
**BARKER HANCOCK & COHRON**
khancock@bhclegal.com
*Attorney for Plaintiff*

*/s/Sandra Davis Jansen (with consent)*
Sandra Davis Jansen
Christopher A. Ferguson
**SCHUCKIT & ASSOCIATES PC**
sjansen@schuckitlaw.com
cferguson@schuckitlaw.com
*Attorneys for Defendant TransUnion, LLC*