# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# New Albany Division

| | |
|---|---|
| RAYMOND J. BROCKSMITH,  *Plaintiff*, | )<br>)<br>) |
| v. | ) **Cause No. 4:17-cv-00164-TWP-DML** |
| TRANS UNION, LLC,  *Defendant*. | )<br>)<br>) |

## ORDER OF DISMISSAL

The parties, by counsel, have moved this court to dismiss this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant are dismissed, with prejudice, each party to bear its own costs and fees. This matter is now concluded in its entirety.

Date: 11/8/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.